IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EVERALD FAGAN,** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA, ET AL.,** | : | |
| Respondents | : | NO.  02-4629 |

# ORDER

AND NOW, this      day of **August**, **2002**, upon consideration Petitioner Everald Fagan's Motion for Extension or Enlargement of Time, it is hereby **ORDERED** that:

Petitioner's Motion for Extension or Enlargement of Time (Document No. 4) is **GRANTED**.  Petitioner shall have until **September 23, 2002** to comply with the requirements set forth in Local Rule 9.3.

BY THE COURT:

_____
**Berle M. Schiller, J.**