IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| EVERALD FAGAN (a/k/a EDWARD FRANCIS) | | |
| | : | |
| v. | | CIVIL ACTION NO.  02-4629 |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, ET AL. | | |
| | : | |
| | : | |

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this            day of          ,           , in accordance with the

procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C.

§636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable DIANE M.

WELSH, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
BERLE M. SCHILLER, J.

civrr